LEONOR DATIL PEREZ, Appellant, v TIME MOVING AND STORAGE, INC., Respondent.

Submitted January 7, 2008; decided March 13, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

VILLAGE OF POMONA, Appellant, v TOWN OF RAMAPO et al., Respondents.

Submitted January 7, 2008; decided March 13, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 981 (2007)].

BRAD S. RALIN, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted December 19, 2007; decided March 13, 2008

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.